ANCHORAGE ASSOCIATES v.
LONG BRANCH SEWERAGE AUTHORITY.

February 25, 1975. Petition for certification denied.

THE GREEN SHOE MANUFACTURING CO. v.
HERB S. STEB.

February 25, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. BURNELL TAFT WICKS, JR.

February 25, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. LEMKEN.

February 25, 1975. Petition for certification granted.

HARVEY J. COSDEN v. TOWNSHIP OF WAYNE.

February 25, 1975. Petition for certification granted.

HARTFORD INSURANCE COMPANY v.
ALLSTATE INSURANCE COMPANY.

February 25, 1975. Petition for certification granted.